# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JUDITH MWELI, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| ) | 19-11041-FDS |
| v. ) | |
| ) | |
| CHELSEA JEWISH NURSING HOME, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER ON MOTION TO DISMISS

**SAYLOR, J.**

Judith Mweli is proceeding *pro se* and *in forma pauperis*. The amended complaint alleges a claim against defendant Chelsea Jewish Nursing Home ("CJNH") for employment discrimination and unlawful termination.

The original complaint was filed on May 2, 2019. On July 2, 2019, CJNH filed a motion to dismiss under Fed. R. Civ. P. 12(b)(1) for lack of subject-matter jurisdiction and under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. On August 15, 2019, the Court denied that motion without prejudice and gave plaintiff until September 12, 2019, to file an amended complaint.

On September 12, 2019, plaintiff filed an amended complaint. The amended complaint does not assert a claim under any federal statute, or otherwise assert a federal claim, nor does it assert a basis for diversity jurisdiction. Instead, it alleges a claim for discrimination based on race, color, and national origin in violation of Mass. Gen. Laws ch. 151B. The amended

complaint therefore fails to identify a basis for subject-matter jurisdiction and this Court must dismiss the action.

It is true that the amended complaint does appear to state a cause of action for discrimination under Mass. Gen. Laws ch. 151B.  However, the proper forum in which to file such an action is the Massachusetts Superior Court, not the federal court.

Accordingly, the renewed motion to dismiss of defendant Chelsea Jewish Nursing Home for lack of subject-matter jurisdiction is hereby GRANTED.

**So Ordered.**

Dated: October 15, 2019

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge