# UNITED STATES DISTRICT COURT
# DISRICT OF MASSACHUSETTS

Civil Action 19cv11041-FDS

Judith Mweli,
**Plaintiff**

v.

Chelsea Jewish Nursing Home
**Defendant**

## ORDER OF DISMISSAL

Saylor, D.J.

In accordance with the Memorandum and Order [16] dated October 15, 2019, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Taylor Halley
Deputy Clerk

10/15/2019